# United States Court of Appeals

**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

_____

**No. 15-1344**

### September Term, 2015

**NLRB-19CC082533**
**NLRB-19CC082744**
**NLRB-19CC087504**
**NLRB-19CC100903**
**NLRB-19CD082461**
**NLRB-19CD087505**

**Filed On:** February 18, 2016

International Longshore & Warehouse Union,
et al.,
                    Petitioners

        v.

National Labor Relations Board,
                    Respondent

------------------------------
ICTSI Oregon, Inc.,
                    Intervenor
------------------------------

Consolidated with 15-1428

_____

**No. 15-1443**

### September Term, 2015

**NLRB-19CC100903**

International Longshore & Warehouse Union
and International Longshore & Warehouse
Union, Local 8,

        Petitioners

        v.

National Labor Relations Board,

        Respondent

------------------------------
Consolidated with 16-1036

### <u>O R D E R</u>

# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 15-1344**                                              **September Term, 2015**

Upon consideration of the motion to consolidate cases; the motion to extend time for filing opening brief and exceed limit on length of brief and the opposition thereto; the motion to withdraw the motion to consolidate and the parties' joint stipulation for separate briefing schedules with coordinated oral argument; and the motion to withdraw the motion to exceed  limit on length of brief, it is

**ORDERED** that the motions to withdraw be granted.  The motion to consolidate cases and the motion to exceed limit on length of brief are hereby withdrawn.  It is

**FURTHER ORDERED** that the request for separate briefing schedules with coordinated oral argument be granted.  The Clerk is directed to schedule cases No. 15-1344, et al. and No. 15-1443, et al. for argument on the same date and before the same panel.  The Clerk is further directed to issue separate briefing schedules for the two cases.

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:    /s/
        Michael C. McGrail
        Deputy Clerk